AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CHARLES JONES and ALEXIS JENKINS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>THE McGUIRE GROUP, INC., BROOKHAVEN HEALTH CARE FACILITY, LLC, GARDEN GATE HEALTH CARE FACILITY, LLC, AUTUMN VIEW HEALTH CARE FACILITY, LLC, NORTH GATE HEALTH CARE FACILITY, LLC, SENECA HEALTH CARE CENTER, LLC, and HARRIS HILL NURSING FACILITY, LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-cv-05389-RPK-AYS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The McGuire Group, Inc., 455 Cayuga Road, Suite 200, Buffalo, New York 14225
Brookhaven Health Care Facility, LLC, 455 Cayuga Road, Suite 200, Buffalo, New York 14225
Garden Gate Health Care Facility, LLC, 455 Cayuga Road, Suite 200, Buffalo, New York 14225
Autumn View Health Care Facility, LLC, 455 Cayuga Road, Suite 200, Buffalo, New York 14225
North Gate Health Care Facility, LLC, 455 Cayuga Road, Suite 200, Buffalo, New York 14225
Seneca Health Care Center, LLC, 455 Cayuga Road, Suite 200, Buffalo, New York 14225
Harris Hill Nursing Facility, LLC, 455 Cayuga Road, Suite 200, Buffalo, New York 14225

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Troy L. Kessler<br>Garrett Kaske<br>KESSLER MATURA P.C.<br>534 Broadhollow Road,<br>Suite 275<br>Melville, NY 11747 | Michael J. Palitz<br>SHAVITZ LAW GROUP, P.A.<br>447 Madison Avenue, 6th Floor<br>New York, New York 10022 | Gregg I. Shavitz<br>SHAVITZ LAW GROUP, P.A.<br>951 Yamato Road, Suite 285<br>Boca Raton, Florida 33431 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

*Concetta Landow*

Date: 09/09/2022  _____
*Signature of Clerk or Deputy Clerk*